Michael AKERS, Petitioner,

v.

**DEPARTMENT OF THE TREASURY, Respondent.**

No. 05–3204.

United States Court of Appeals, Federal Circuit.

July 12, 2005.

Michael Akers, pro se.

*ORDER*

On June 7, 2004, the court issued a letter allowing Michael Akers ("Akers") 21 days to respond or his petition for review would be dismissed. Akers has failed to respond.

Accordingly,

IT IS ORDERED THAT:

(1) This appeal is hereby dismissed.

(2) Each side shall bear its own costs.

**Rafaelito D. BORO, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 05–3172.

United States Court of Appeals, Federal Circuit.

July 12, 2005.

Rafaelito D. Boro, pro se.

ORDER

Order Vacated, See 2005 WL 2027174.

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.